# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANCISCO ZEPEDA, R30997, )<br><br>Plaintiff, )<br><br>vs. )<br><br>LATOYA HUGHES, )<br>DAVID MITCHELL, )<br>JOHN BARWICK, )<br>SGT. SPENCER, )<br>SGT. HARPER, AND )<br>K. SMITH, )<br><br>Defendants. ) | Case No. 3:25-CV-1825-RJD[1] |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that by Order dated August 4, 2026, (Doc. 13), this action was **DISMISSED with prejudice** in its entirety for Plaintiff's failure to state a claim under 28 U.S.C. § 1915A.

**DATED: August 4, 2026**

MONICA A. STUMP,
**Clerk of Court**

BY: _____
**Deputy Clerk**

APPROVED: _____
**Reona J. Daly**
**United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the Plaintiff pursuant to 28 U.S.C. §636(c) (*see* Doc. 10), and by the Memorandum of Understanding between the Illinois Department of Corrections and the Court, *see* Administrative Order 259, dated March 9, 2020.